IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SONJA J. PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADVANTAGE RESOURCE STAFFING, | ) |
| | ) |
| Defendant. | )   Civil Action No. 1:23-CV-244-C |

## ORDER

By prior order, Plaintiff was ordered to file an amended pleading elaborating on facts that would support her claims and deliver it to the Clerk of the Court for filing in the record of this action no later than 3:00 p.m. on Monday, April 1, 2024. Additionally, Plaintiff was ordered to show cause why this case should not be dismissed because she has alleged that another suit is already pending in state court based upon the same alleged circumstances and alleged wrongful employment practices. Plaintiff filed "Plaintiff's Motion to Withdraw Civil Complaint" on April 1, 2024. As such, pursuant to Federal Rule of Civil Procedure 41(a),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-styled and -numbered civil action are **DISMISSED WITHOUT PREJUDICE**.

Dated this 8th day of April, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE